**Fill in this information to identify the case:**

Debtor 1  JULIE V. FOLINO

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 15-13643-elf

Form 4100R

# Response to Notice of Final Cure Payment

12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**  PHH Mortgage Corporation

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 0560

**Property address:**  1031 Tree St
Number  Street
Philadelphia, PA 19148
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ 8,904.81

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ 550.00

c. **Total**. Add lines a and b.                                                              (c) $ 9,454.81

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became    06/01/2019
due on:                                                                                MM/DD/YYYY

Debtor1 __JULIE V. FOLINO__
          First      Middle      Last

Case number *(if known)* __15-13643-elf__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Andrew Spivack__
   Signature

Date __12/11/2020__

Print __Andrew Spivack__
      First Name   Middle Name   Last Name

Title __Attorney__

Company __Brock & Scott, PLLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __302 Fellowship Road, Suite 130__
      Number      Street

__Mount Laurel, NJ 08054__
City      State      ZIP Code

Contact phone __844-856-6646 x3017__    Email __PABKR@brockandscott.com__